UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


WALLACE BOWMAN, on his own behalf
and others similarly situated,

    Plaintiff,


vs.                                        CASE NO. 8:09-CIV-2174-T-17-TBM


LARSEN'S AUTOMOTIVE, INC., and
ROBERT N. LARSEN,

    Defendants.
                                       /


## **ORDER ON PENDING MOTIONS**


This cause is before the Court on the plaintiff's motion for conditional certification of collective action and permission to send court supervised notice (Docket No. 17) and response thereto (Docket No. 23). Also, before the Court is the defendants' motion to appoint a United States Magistrate Judge as mediator and to extend the deadline for defendants to respond to plaintiff's motion for conditional certification (Docket No. 18) and response thereto (Docket No. 19). The Court has considered the plaintiff's motion and finds it well-taken and it will be granted.

As to the defendants' motion to appoint a United States Magistrate Judge as mediator and to extend the deadline for defendants to respond to plaintiff's motion for conditional certification, the Court does not find it persuasive. The Court will allow the parties to select a mediator and proceed to mediation but does not find it appropriate to have the case mediated by a magistrate judge. Accordingly, it is

**ORDERED** that the defendants' motion to appoint a United States Magistrate Judge as mediator and to extend the deadline for defendants to respond to plaintiff's motion for conditional certification (Docket No. 18) be **denied**; the plaintiff's motion for conditional certification of collective action and permission to send court supervised notice (Docket No. 17) be **granted** and it is ordered that:

> 1) this case is conditionally certified as a collective action consisting of all tow truck drivers/operators of the defendants during an period between October 23, 2009 and the present;
>
> 2) within thirty (30) days of this date the defendants shall produce to plaintiff a computer readable data file containing the names, last known addresses, and Social Security numbers of all such tow truck drivers/operators of the defendants during any period between October 23, 2009 and the present;
>
> 3) the proposed Plaintiff's Notice to Potential Collective Action, attached as exhibit to the motion, is approve for use by the plaintiff;
>
> 4) the plaintiff is authorized to send Plaintiff's Notice to Potential Collective Action to all employees identified by defendants as having worked as tow truck drivers/operators during any period between October 23, 2009 and the present; and
>
> 5) the potential plaintiffs have forty-five (45) days from the date the defendants produce the readable date file, see 2 above, to file their Consent to Join Collective Action forms.

Finally, the parties **shall have** up to and including March 12, 2010, in which to notify the Court as to a jointly selected mediator, from the list of certified mediators for the Middle District of Florida, and as to the desired period of time for scheduling the mediation. If the parties do not agree the Court will select that mediator and the date for the mediation, but in either instance a separate order of referral to mediation will issue.

    **DONE and ORDERED** in Chambers, in Tampa, Florida, this 24th day of February, 2010.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to: All parties and counsel of record